**JOHN C. LEMON**
California Bar No. 175847
**LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
San Diego, California 92101
(619) 794-0423
john@jcl-lawoffice.com

Attorney for Mr. Van Dam

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17cr1305-BEN |
| Plaintiff, | |
| v. | |
| WARREN VAN DAM (3), | (PROPOSED) ORDER TERMINATING PROBATION |
| Defendant. | |

**Good cause having been shown,** the defendant having satisfied his financial obligations, completed his community service, and otherwise been in compliance with the conditions of his probation, and with no opposition by either the government or U.S. Probation, it is hereby ordered that Mr. Van Dam's probation is terminated forthwith.

**So ordered.**

Dated: 2/2/2021

HONORABLE ROGER T. BENITEZ
United States District Judge

17cr1305-BEN